# **<u>EXHIBIT 2</u>**

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| 7. [pre] A wireless node pair comprising: | A wireless communications network that enables mobility through network handover has a plurality of wireless nodes, including mobile nodes and ghost mobile nodes.<br><br>Defendant makes, uses, sells, offers for sale, or imports, induces others to make, use, sell, offer to sell, or import, and/or contributes to others' making, using, selling, offering to sell, or importing wireless services and products that provide, perform or contribute to the providing or performance of a wireless communications network that enables mobility through network handover ("Accused Handover Services/Products"), including at least those described on Defendant's website as shown below. |

1

## U.S. Patent No. 7,697,508 ("508 Patent")

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | *Intel FlexRAN Reference Architecture for Wireless Access*  |

## U.S. Patent No. 7,697,508 ("508 Patent")

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | |

3

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
|  |  |

4

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | |

5

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br><br>See https://www.intel.com/content/www/us/en/developer/topic-technology/edge-5g/tools/flexran.html. |

6

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | *Intel Xeon 6 Processors for Unique Networking and Edge Workloads*<br><br> |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | |

8

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br><br>See https://www.intel.com/content/www/us/en/products/details/processors/xeon/edge.html. |

9

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | *5th Gen Intel Xeon Scalable Processors for Network*  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
| --- | --- |
|  |  |

11

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | See https://www.intel.com/content/www/us/en/products/docs/processors/xeon-accelerated/network/5th-gen-xeon-overview.html. |
| | *4th Gen Intel Xeon Scalable Processors with Intel vRAN Boost* |
| |

**Intel Accelerates 5G Leadership with New Products**

At MWC 2023, Intel launched the 4th Gen Intel Xeon Scalable processors with Intel vRAN Boost, a new general-purpose chip that fully integrates Layer 1 acceleration into the Xeon SoC and eliminates the need for external accelerator cards. Intel vRAN Boost allows operators to consolidate all base station layers on a common virtualized platform. (Credit: Intel Corporation) |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | **5G Core Networks Run on Software, Delivering Cloud-Native Agility**<br><br>At the core of the network, Intel is leading the evolution to cloud-native, service-based architectures with open solutions for addressing challenges like performance, TCO, power efficiency, security and lack of visibility across the network stack. Intel's hardware and software solutions will enable 5G core networks to work harder and smarter at achieving a balance between critical business and customer requirements for power efficiency, performance and latency.<br><br>To further assist network operators in modernizing their networks, reducing their total cost of ownership (TCO) at the 5G core, Intel demonstrated 4th Gen Intel Xeon Scalable processors now enable the industry's first 1 Tbps of performance for the 5G UPF workload within a single dual-socket server[4], further validated by Samsung.<br><br>Additionally, the new Intel Infrastructure Power Manager for 5G Core reference software dynamically matches run-time server power consumption with data traffic without compromising key performance indicators such as throughput, latency and packet drop.<br><br>See https://www.intc.com/news-events/press-releases/detail/1606/intel-accelerates-5g-leadership-with-new-products. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | *Intel® Telecommunications Solutions*  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | **Core Network**<br><br>Optimize performance, power, and cost efficiency to deliver outstanding 5G results. For over a decade, Intel has been at the forefront of the movement to virtualize the core. And now we're collaborating with the broader ecosystem to help service providers successfully transition to a cloud-native 5G core. Use our range of hardware and software offerings to optimize power usage, latency, and throughput and to simplify deployment.<br><br>Transform your core network |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | Virtualized RAN<br><br>Enable enhanced scalability, control, and flexibility with built-in optimization and acceleration that help you do more with less. An Intel foundation for vRAN helps you efficiently increase workload capacity, simplify systems, and reduce bill of materials costs. Network operators can use Intel® solutions to consolidate base station layers on a common virtualized platform.<br><br>Our optimized compute, flexible software tools, and accelerated networking technologies can help you ensure high performance and efficiency throughout your vRAN implementation.<br><br>Virtualize your radio access network |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |

Private 5G

Build high-performance, low-latency networks free from public congestion to help drive key digital transformation use cases. Intel offers modular hardware and software building blocks to help simplify your journey and expedite your network's time to value. Our worldwide collaboration with network and edge software vendors helps deliver optimized performance on Intel® hardware, which can help result in smoother operations and lower costs.

Enable private networks |

20

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br><br>See https://www.intel.com/content/www/us/en/telecommunications/overview.html.<br><br>Defendant's infringement includes making and using Accused Handover Products/Services for, amongst other reasons, research and development, as well as offering to sell and selling Accused Handover Products/Services to third parties that use, provide or seek to provide wireless communications network products or services.<br><br>Defendant also, through at least the above identified products and services and related , induces and contributes to the infringement of the patent by actively encouraging or aiding others to directly infringe the patent and providing specialized components or materials knowing they will be used to directly infringe the patent and that have no substantial non-infringing use. |
| [7.a] a mobile node for communicating with a wireless communications network, | To provide or perform network handover, a mobile node communicating with a wireless communications network becomes part of a wireless node pair.<br><br>Long-term evolution (LTE) is a standard for wireless communication networks for mobile devices and data terminals, based on the GSM/EDGE and UMTS/HSPA standards. It is defined by the Third Generation Partnership Project (3GPP). The Accused Handover Products/Services use or enable LTE wireless |

21

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | communication networks as a 4th Generation (4G) technology that comply with 3GPP Standards including those for network handover.<br><br>The air interface in LTE from the base station side is known as the Evolved-Universal Terrestrial Radio Access Network (E-UTRAN). The air interface from the mobile devices side is known as the Evolved-Universal Terrestrial Radio Access (E-UTRA). The architecture of E-UTRAN is shown in Figure [7.a.1] below.<br><br><br><br>*Figure [7.a.1] Overall Architecture (3GPP ETSI TS136.300, Section 4, Fig4-1).*<br><br>As described in 3GPP ETSI TS136.300, Section 4: |

22

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | The E-UTRAN consists of eNBs, providing the E-UTRA user plane (PDCP/RLC/MAC/PHY) and control plane (RRC) protocol terminations towards the UE. The eNBs are interconnected with each other by means of the X2 interface. The eNBs are also connected by means of the S1 interface to the EPC (Evolved Packet Core), more specifically to the MME (Mobility Management Entity) by means of the S1-MME interface and to the Serving Gateway (S-GW) by means of the S1-U interface. The S1 interface supports a many-to-many relation between MMEs / Serving Gateways and eNBs. <br><br> User Equipment (UE) is a mobile node in the LTE network and connected through the E-UTRA air interface to the E-UTRAN through one of the eNBs (eNodeBs) base stations. The 3GPP ETSI TS 136.331 specifications describe the Radio Resource Control (RRC) protocol for the radio interface between UE and E-UTRAN. 3GPP ETSI TS 136.331, Section 4.2 Architecture, show that the mobile node (UE) stays communicating with the LTE network at all times. <br><br> • A UE is in *RRC_CONNECTED* state in which it is actively sending and receiving information with currently connected eNB. To save the UE's power when the UE is not involved in any sending or receiving activities, the UE is put in *RRC_IDLE* state in which it is not connected any more for sending and receiving data. An idle UE is often configured by E-UTRAN upper layers to enter a Discontinuous Reception/Transmission mode (DRX/DTX) in which the UE loops in sleeping for a period of time (to save power), and then wake up to check if there is any incoming calls or any information change. In this Discontinuous DRX/DTX mode, the UE also performs neighboring cell measurements and possibly cell (re-)selection. Hence the mobile node is always connected with an eNB either actively (in *RRC_CONNECTED* state), or passively (in *RRC_IDLE* state). <br><br> • Further, as the UE moves away from its current eNB, the RRC protocol supports hand-over to another eNB by configuring the connection through *RRCConnectionsReconfiguration* messages (3GPP ETSI TS 136.331, Section 5.3.5) and reestablishing the connection with the new eNB through *RRCConnectionResestablishment* request/reply messages (3GPP ETSI TS 136.331, Section 5.3.7). <br><br> A mobile node (UE) also communicates with 5G networks, which are evolved networks that work and interoperate with 4G networks. The network architecture is similar but the air interface (New Radio, or NR |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | from the mobile node side) provides much higher bandwidth, much lower latency, and in general higher user density per cell (because 5G uses small cells).<br><br>The above description for this claim element applies to 4G and 5G networks used or enabled by the Accused Handover Products/Services. Inter- Radio Access Technology ("RAT") as per 3GPP ETSI TS 138.133 (Section 6.1.2) governs the interoperability of the two networks (4G and 5G) by facilitating hand-over from one network to the other. For instance, a 4G- and 5G-capable UE connected to a 5G base station (known as gNodeB or gNB) through NR air interface may reestablish connection to a 4G base station (eNB) through E-UTRAN air interface (3GPP ETSI TS 138.133, Section 6.1.2.1.1). This is done through RRC (*RRCConnectionReconfiguration* message and *RRCConnectionReestablishment* request reply).<br><br>Hence, a UE is a mobile node for communicating with 4G and 5G wireless communications networks used or enabled by the Accused Handover Products/Services. |
| [7.b] wherein the mobile node has a corresponding geographical current state and one or more predicted geographical future states; and | **7.b.1 Mobile node has a corresponding geographical current State:**<br><br>In 4G and 5G wireless communications networks used or enabled by the Accused Handover Products/Services, the mobile node has a corresponding geographical current state.<br><br>**7.b.1.1 Geographical current State in 4G.**<br><br>A mobile node (UE) connected to an eNB in the E-UTRAN network has its geographical current state corresponding to the eNB it is associated with (known as the serving eNB). This state consists of multiple contributory elements as follows:<br>• The eNB's own identifier (eNB ID) contributes to the representation of the current geographical state of the UE. As per 3GPP ETSI TS 23.202, the eNB ID along with several other location information are stored in several Information Object Classes (IOC) including the Geographical Area Descriptor (GAD).<br>• A Tracking Area (TA) is an area tracked by one or more eNBs. A TA is organized into a number of cells. For instance, in Figure [7.b.1] below, there are 4 TAs, each is composed of 6 cells and tracked by two eNBs (each eNB is specifically tracking 3 of the 6 cells). A TA is uniquely identified by a TA Identifier or TAI which is composed of the Mobile Country Code (MCC), Mobile Network Code |

24

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | (MNC), and a Tracking Area Code. The TAI contributes to the representation of the current geographical state of the UE. <br><br> • The specific Cell ID (ID of the cell in which the UE is located within a TA) is another representation of the current geographical state of the UE. Such a cell ID is known as the E-UTRAN Cell Global Identifier, or ECGI, which is a globally unique ID. <br><br> • Of further contribution to the representation of the current geographical state of the UE is the latitude and longitude of the eNB's antenna, which are obtained using any Global Navigational Satellite System (GNSS) - namely the GPS system in the US. This is shown in 3GPP TS.642 V9.1 (Section 6.5) and reproduced below in Figure [7.b.2] <br><br> |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | Figure [7.b.1] Tracking Areas (TA) and ECGI. See Mobile Packet Core (available at https://mobilepacketcore.com/what-is-tracking-area-in-lte/). |

Figure [7.b.2] Attributes that are present in several Information Object Classes (IOCs)

A mobile node (UE) connected to the E-UTRAN network also has its geographical location, speed and velocity determined with help by the E-UTRAN network through a variety of positioning techniques (See stage 1 description of Location Services (3GPP TS 22.071 V17.0.0, Section 4), and stage 2 description of Location Services (ETSI TS 136 305, Section 4)). Such positioning information including location, speed and velocity represent additional contributions to the UE's geographical current state.

**7.b.1.2 Geographical current State in 5G**

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | A mobile node (UE) connected to an gNB in a NR network has its geographical current state corresponding to the gNB it is associated with. This state consists of the same multiple contributory elements discussed in the 4G network above in 7.b.1.1. Additionally, 5G utilizes higher-precision, sophisticated positioning techniques that exploits the NR new air interface and the antenna arrays capabilities of 5G to achieve continuous (very low latency) tracking of MU moving at up to vehicular speed. |
| | **7.b.2 Mobile node has a corresponding one or more predicted geographical future state:** |
| | In 4G and 5G networks used or enabled by the Accused Handover Products/Services, eNB and gNB maintain what is defined by the 3GPP ETSI LTE standard as Neighbor Relations (3GPP TS 36.300, Section 22: "Support for self-configuration and self-optimisation"). This is done by maintaining a Neighbor Relationship Table (NRT) at each eNB/gNB. The table contains dynamic information showing the most up-to-date data about the eNB/gNB's neighboring cells. The NRT table is not maintained manually given the massive number of eNB/gNB in wireless networks (hundreds of thousands). Rather, NRT is maintained fully automatically by following the standard's Automatic Neighbors Relation (ANR) protocol. |
| | ANR offers functionality and actions for homogeneous (Intra-LTE, Section 22.3.3) network (for instance all 4G, or all 5G), as well as for heterogeneous networks (Inter Radio Access Technology, or Inter-RAT, Section 22.3.4), for instance when a 4G serving eNB has 5G gNB neighbors, or vice versa). According to the ANR protocol, once the mobile node (UE) is connected to a serving eNB/gNB, (UE is in *RRC_CONNETED state*), it is ordered to report back to it measurements of any neighboring cells it senses that meets minimum measurements criteria provided by the serving eNB/gNB at RRC Connection time. Specifically, the UE receives an *RRC_ConnectionReconfiguration* Command from the serving eNB/gNB with a *MobilityControlInfo* field that specifies the measurements criteria which configures the UE to track the signal for all possible neighboring cells, which are the potential geographical future states for the UE. The *RRC_ConnectionReconfiguration* message and its fields descriptor illustrated in *3GPP TS 36.331 version 8.8.0 Release 8* is shown in Figure [7.b.3] below. |

27

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  Figure [7.b.3] *RRC_ConnectionReconfiguration* message and its field descriptions<br><br>The UE periodically reports such neighbors by sending the qualifying measurements along with the corresponding Physical Cell Identifier (PCI). If a PCI is reported by a UE that does not correspond to any of |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | the serving eNBs' defined neighbor cells, the serving eNB/gNB moves to confirm the finding by requesting the UE to retrieve the Global Cell Identity of the cell (ECGI). When the UE reports the ECGI (which is broadcast by the neighboring cell), the serving eNB/gNB adds the neighboring cell into the NRT table and add further details such as the IP address of the neighbor by requesting such information from the Operation and Maintenance (O&M) Center in the EPC network core (this information will enable the serving eNB/gNB to be able to interact with the neighboring eNB/gNB via the X2 interface, if and as needed). The function of the ANR protocol is further illustrated in Figure [7.b.4] below. <br><br> <br><br> Figure [7.b.4] ANR protocol in action. See *LTE Self-Organizing Network* (available at https://lte-son.blogspot.com/2018/10/automatic-neighbour-relation-anr.html). <br> Figure [7.b.5] below (reproduced from 3GPP TS 25.484, Figure 4.1-1) also shows the interaction between eNB and O&M due to ANR, and the Neighbor Relation Table. |

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br><br>Figure [7.b.5] Interaction between eNB and O&M due to ANR, and the Neighbor Relation Table<br><br>In conclusion, ANR protocol ensures serving eNB/gNB maintains dynamically updated information about all neighboring cells. Hence, the mobile node (UE) always has a corresponding one or more predicted geographical future states which are the identified and confirmed neighboring cells. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
| --- | --- |
| | The Accused Handover Products/Services use or enable wireless networks that meet this limitation. |
| [7.c] a ghost mobile node associated with the mobile node, | A ghost mobile node is a node, or a virtual node, that can operate on behalf of the mobile node and that is capable of registering with a foreign agent and allocating resources for the mobile node before the mobile node arrives in the physical area covered by the foreign agent. Within eNB is a node or virtual node operates on behalf of a UE (mobile node) by offering, alone or collaboratively with the MME/S-GW, numerous services including registration, connections for data and voice communication, and maintaining many Information Object Classes (IOC) and internal tables pertinent to the UEs. The following non-exhaustive examples show how an eNB acts as an agent on behalf of a mobile node (UE): <br> • It processes initial registration on behalf of a UE at UE power-on. <br> • It processes UE connection requests through the RRC interface and establishes the connection on behalf of the UE by reconfiguring information at the MME/S-GW. <br> • It engages with the MME/S-GW to establish a Foreign Agent on behalf of the UE according to the protocol as specified in IETF RFC 5944 (see ETSI TS 124 304 titled: Mobility management based on Mobile IPv4; User Equipment (UE) - foreign agent interface). Similarly, if Proxy Mobile IP v6 (PMIP) is used, eNB establishes a Mobility Access Gateway (MAG) which is equivalent to a Foreign Agent in functionality (see ETSI TS 129 275, titled: Proxy Mobile IPv6 (PMIPv6) based Mobility and Tunnelling protocols; Stage 3). <br> • It handles UE applications IP traffic routing of User Plane data towards the Serving Gateway. <br> • It handles IP packet header compression and encryption on behalf of the UE. <br> • It configures a connecting UE with network parameters which ensures good quality of service during connection, and which assists in managing and planning future mobility. <br> • It enables the UE to save substantial energy by putting the UE in idle mode (RRC-IDLE) allowing the UE to sleep and wake up periodically to check with the eNB if there is any data or calls to be notified about. <br><br> The ghost mobile node operating within eNB (gNB in 5G) is associated with the mobile node (UE). <br><br> The Accused Handover Products/Services use or enable wireless networks that meet this limitation. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| [7.d] wherein the ghost mobile node can announce to a foreign agent identified for each of the geographical future states, the presence of said ghost mobile node for signaling the foreign agent based upon each of one of the predicted future states of the mobile node, | 3GPP TS 36.423 "Evolved Universal Terrestrial Radio Access Network (E-UTRAN); X2 Application Protocol (X2AP)" and 3GPP TS 25.331 "UMTS Radio Resource Control (RRC) Protocol specification" describe handover preparation actions taken by the ghost mobile node. The X2 interface (eNB to eNB) and the S1 interface (eNB to MME/S-GW) perform the preparatory work for the handoff including re-establishing network connection for the UE as it arrives to the target eNB. X2 and S1 interfaces do this through a sequence of messages and actions as demonstrated in Figure [7.d.1] with more detailed messaging sequence in Figures [7.d.2] and [7.d.3], all provided below. These messages and actions announce the presence of the ghost mobile node and the signaling of the Foreign Agent on behalf of the mobile node.<br><br>There are two cases to be handled in handover preparation involving a Foreign Agent.<br><br>1. The first case (case one) is where the Mobility Management Entity (MME) and Serving Gateway (S-GW) are unchanged before and after the handover. In this case, the X2 interface is used to handover a UE from a source eNB to a target eNB. In this case, the X2 handover procedure is performed without Evolved Packet Core (EPC) involvement, and the handover preparation messages are directly exchanged between the source eNB and the target eNB.<br>   1.1. Figure [7.d.1] shows the Before Handover step (Step 1) where a UE is communicating user packet data through a Foreign Agent (FA). An FA is a mobility agent that supports the seamless IP communication of the mobile node even in presence of handover events. The term FA originated in the Mobile IP protocol of which a version has been used in 3G UMTS networks. Mobile IP evolved into a variant protocol called the Proxy Mobile IP v6 protocol or PMIP for short (see ETSI Technical Specifications TS 129 275, titled: Proxy Mobile IPv6 (PMIPv6) based Mobility and Tunnelling protocols; Stage 3). In PMIP, the Foreign Agent in the visited network is called the Mobility Access Gateway (or MAG for short). MAG and FA can be used interchangeably. Also, the Home Agent (HA) in PMIP is called the Local Mobility Anchor or LMA for short. LMA and HA can be used interchangeably. The outbound IP traffic from the UE first goes through its source eNB as a first hub utilizing radio network access, and then through its FA (the MAG which is located/hosted in the serving gateway (S-GW)), which is connected through a tunnel to its HA (its LMA located/hosted at the packet data network (PDN) Gateway (P-GW), and finally out of the tunnel into the |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | destination (known as correspondent node or CN). The reverse direction of traffic is similar in which a CN sending IP traffic to the UE will reach the LMA as the LMA owns the Network Prefix which includes the IP address of the UE. Once IP packets destined to the UE are received by the LMA, the LMA finds the MAG care-of-address and send the IP packets to the MAG at its address through the tunnel. Once received by the MAG, the MAG detunnels the packets and sends them to the UE. ETSI TS 124 304, titled "Mobility management based on Mobile IPv4; User Equipment (UE) - foreign agent interface" describes the UE – Mobile IPv4 Foreign Agent (FA) interface, and shows the details of Foreign Agent discovery, obtaining a Foreign Agent Care-of-Address, the registration process which involves updating the mobile node's Home Agent. To sum up, before handover, the UE is connected to its FA (MAG) located in the S-GW, which is connected via a tunnel to its HA (LMA) which is located in the P-GW. <br><br> 1.2. Figure [7.d.1] shows the <u>Handover Preparation</u> step (Step 2), which involves a determination by the source eNB based on measurements reports sent by the UE that handoff to a neighboring eNB is needed. The source eNB messages the prospective target eNB and requests handover. If granted, the source eNB now makes the decision to prepare for the handover. The preparation involves creating a tunnel with the target eNB to forward downlink traffic (DL) so that the UE does not lose any packets during the transition (to maintain its network session). Once the UE hands over to the new eNB, it immediately signals the FA by registering with the MAG in the S-GW, which in turn forwards the registration request to the Home Agent (LMA). The LMA then allocates a unique identifier (Home Network Prefix or HNP) to the MN and establishes a binding between the MN's IP address and the HNP. From this point on, any traffic destined for MN is forwarded to the LMA, which encapsulates the packets and forwards them to the MAG through the LMA-MAG tunnel. These preparatory steps for Handover are shown at more depth in Figures [7.d.2] and [7.d.3]. In this case (case one), to prepare for handover from an IP mobility point of view, by signaling the MAG in the S-GW (which in turn signals the LMA in the P-GW), the ghost mobile node announces its presence and signals the FA in this geographical future state. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | 2. The second case (case two) is where the Mobility Management Entity (MME) and Serving Gateway (S-GW) <u>are in fact changed after the handover,</u> or when direct connection between the source eNB and the target eNB is not available, among other reasons. In this case, the S1 interface is used to hand over a UE from a source eNB to a target eNB. In this case, the S1 handover procedure is performed with the Evolved Packet Core (EPC) involvement. Specifically, the new S-GW which the UE will connect through after handover to the target eNB must be able to establish a new tunnel between a new MAG established at the new S-GW, and the Home Agent for the UE (the LMA) in the P-GW. This effectively establishes a new FA (the new MAG) and updates its care-of-Address at the Home Agent (the LMA in the P-GW). The process of establishing a new FA and updating the HA's care-of-address is triggered when the UE, after connecting to the target eNB, registers with the new MAG. ETSI TS 124 304 "Mobility management based on Mobile IPv4; User Equipment (UE) - foreign agent interface" and The Internet Engineering Task Force (IETF) RFC6459 "IPv6 in 3rd Generation Partnership Project (3GPP) - Evolved Packet System (EPS)" describe how the connection to PDN is reestablished through 3GPP Evolved Packet System which involves the eNB, the MME including the S-GW. In this case (case two), by registering with the new MAG at the S-GW, the ghost mobile node announces its presence and signals the need for establishing a new FA in this geographical future state (the target eNB) through the S-GW and P-GW to maintain IP connectivity as the handover event is completed. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| |  Figure [7.d.1] Handover Using the X2 Interface. Handover Preparation is the second step. |

35

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
|  | <br>Figure [7.d.2] A zoom-in on Handover Preparation Using the X2 Interface, when the MME and S-GW are unchanged. |

36

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | <br>Figure [7.d.3] Detailed messaging of the Handover Using the X2 Interface. Handover Preparation is Yellow labeled. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| [7.e] wherein the ghost mobile node is configured to predict the future state based upon Global Positioning System (GPS) data obtained from a GPS unit communicatively linked to the mobile node, | The ghost mobile node through the Automatic Neighbor Relationship (ANR) protocol described in [7.b] is configured to predict future states which are the neighboring eNB's as it maintains a Neighbor Relationship Table. Details of ANE were presented in [7.b]. Each eNB maintains information about itself (current state) and other eNB (future states). Among this information is the latitude and longitude of the eNB's antenna, which are obtained using any Global Navigational Satellite System (GNSS) - namely the GPS system in the US. See 3GPP TS32.642 V9.1 (Section 6.5) and Figure [7.b.2] above.<br><br>Other information about future states includes Public Land Mobile Network identifier (PLMN), Mobile Country Code (MCC), and Mobile Network Code (MNC). Also, Tracking Areas which contain multiple coverage cells have codes (TAC) and the combined use of TAC, MCC and MNC, composes Tracking Area Identifiers or TAI, which are uniquely mapped to geographical coordinates.<br><br>UE positioning by the ghost mobile node, by the UE itself, or both, enables location-based services and optimizes 5G operation under the vehicle-to-everything (V2X) protocol which requires high precision tracking (localization and positioning) of vehicular mobility to ultimately support autonomous vehicles. See ETSI TS 123 287 V16.4.0, titled: "5G; Architecture enhancements for 5G System (5GS) to support Vehicle-to-Everything (V2X) services (3GPP TS 23.287 version 16.4.0 Release 16)."<br><br>The Accused Handover Products/Services use or enable wireless networks that meet this limitation. |
| [7.f] wherein the ghost-mobile node is remote from the mobile node, | The ghost mobile node resides in eNB (for 4G) or gNB (for 5G). Therefore, the ghost-mobile node in either case is remote from the mobile node.<br><br>The Accused Handover Products/Services use or enable wireless networks that meet this limitation. |
| [7.g] wherein each of the predicted future states comprises a geographic region that includes the foreign agent, and | As discussed in [7.d], future states are covered by two cases: the first is where the Mobility Management Entity (MME) and Serving Gateway (S-GW) are unchanged before and after the handover from source eNB to target eNB, and the second is where the MME and S-SGW are changed after the handover, or when direct connection between the source eNB and the target eNB is not available, among other reasons. As shown, Proxy Mobile IP v6 (PMIP) is utilized and a Foreign Agent (MAG) is signaled and connected to in both cases (see [7.d]). Hence, each of the predicted future states comprises a geographic region (the physical location of the target eNB and associated MME, S-GW, and P-GW) that includes the Foreign Agent. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| [7.h] wherein the mobile node establishes another ghost mobile node in the geographic region based at least in part on the GPS data. | Once the UE physically moves to the target eNB cell and connects using the RRC protocol, the target eNB becomes the new serving eNB for the UE. Using the same analysis in [7.c], the newly established serving eNB and the associated MME and S-GW become the new ghost mobile node for the UE (mobile node) that can operate on behalf of the mobile node as demonstrated by the numerous examples listed in [7.c].<br><br>The Neighbor Relation Table (NRT) maintained by the "previous" source eNB includes entries for neighboring eNBs including the newly established source eNB. Location data of the newly established eNB include its eNB ID, its Cell ID, its Tracking Area ID, and additionally, through the eNB, the latitude and longitude of its antenna as shown in Figure [7.b.2].<br><br>The Accused Handover Products/Services use or enable wireless networks that meet this limitation. |
| 14. A computer-implemented method for handling mobile devices in a wire communications network, the method comprising the computer-executable steps of: | The Accused Handover Products/Services have computing capabilities that use or enable the implementation of a method for handling mobile devices in a wireless network. |
| [14.a] identifying a mobile node communicatively linked to the wireless communications network; | Mobile node User Equipment (UE) is communicatively linked, including by connecting through Radio Access Technologies (RAT), to 4G and 5G wireless networks used or enabled by the Accused Handover Products/Services. Internet-of-Thing devices and connected vehicles are also communicatively linked to such wireless networks. Through the standardized "cell selection and cell reselection procedure", a UE determines the best eNB/gNB to connect to. Then through the "random access procedure", the UE initiates the connection process by transmitting a random-access preamble, which is a short and predefined signal. The random-access preamble contains information that helps the eNB/gNB identify and differentiate the UE from other UEs attempting to connect simultaneously. Once the UE is identified by the eNB/gNB, further |

39

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| | information about the UE is identified by the the eNB through the RRC Connection Establishment procedure.<br><br>The Accused Handover Products/Services use or enable wireless networks to perform this step. |
| [14.b] determining a geographical current state of the mobile node; | As established in [7.b], a mobile node (UE) connects to an eNB in the E-UTRAN network and has its geographical current state corresponding to the eNB with which it is associated. This eNB is known as the serving eNB. This state consists of multiple contributory elements as discussed in [7.b] including the eNB ID, the ID of the Tracking Area in which the eNB is located, the specific Cell ID where the mobile node is, and the latitude and longitude of the serving eNB.<br><br>If the geographical current state is the first state for the mobile node (that is, the initial cell it connects to after power-on), the current state is determined by searching for a cell, synchronizing radio communication frame timing with the cell using two signals (primary synchronization signal or PSS and secondary synchronization signal (SSS). Once frame timing is synchronized, the cell information block (known as the Master Information Block or MIB) is sent by the eNB Radio and received by the UE. MIB provides key information for the eNB/gNB, which represents the current geographical state of the mobile node (UE). This includes Cell Identity (CI) or Cell ID, Downlink and Uplink Frequency, Physical Cell ID, in addition to Cell-specific parameters, such as the maximum transmission power, system bandwidth, modulation scheme, and coding scheme used by the serving eNB/gNB. The same synchronization procedure takes place if the geographical current state has just been arrived to by the UE in executing a handover event. In this case the arriving UE must synchronize radio frames and obtains the MIB as well.<br><br>Once Radio frames and synchronized, and the MIB is received, the UE and the eNB embark on exchanging Radio Control messages (RRC messages) to establish connection. Examples of these messages include connection request, connection setup, and confirmation that connection is complete, in addition to several other messages. The computer-executable steps of these three example messages are shown below in Figure [14.a.1]. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | ```
UL-CCCH-Message
  rrcConnectionRequest
    UL-CCCH-Message =
      message = c1 = rrcConnectionRequest =
        criticalExtensions = rrcConnectionRequest-r8 =
          ue-Identity = s-TMSI =
            mmec = 00000001
              m-TMSI = 0001001000110100010101100111111000
          establishmentCause = mo-Signalling
          spare = 0
``` |

41

```
DL-CCCH-Message
  rrcConnectionSetup
    rrcConnectionSetup[0]DL-CCCH-Message =
      message = c1 = rrcConnectionSetup =
        rrc-TransactionIdentifier = 0
        criticalExtensions = c1 = rrcConnectionSetup-r8 =
          radioResourceConfigDedicated =
            srb-ToAddModList = SEQUENCE OF SRB-ToAddMod
              SRB-ToAddMod(1) =
                srb-Identity = 1
                rlc-Config = defaultValue = NULL
                logicalChannelConfig = defaultValue = NULL
            mac-MainConfig = explicitValue =
              ul-SCH-Config =
                maxHARQ-Tx = n5
                periodicBSR-Timer = sf20
                retxBSR-Timer = sf320
                ttiBundling = FALSE
              drx-Config = release = NULL
              timeAlignmentTimerDedicated = sf750
              phr-Config = setup =
                periodicPHR-Timer = sf500
                prohibitPHR-Timer = sf200
                dl-PathlossChange = dB3
            physicalConfigDedicated =
              pdsch-ConfigDedicated =
                p-a = dB0
              pucch-ConfigDedicated =
                ackNackRepetition = release = NULL
              pusch-ConfigDedicated =
                betaOffset-ACK-Index = 9
                betaOffset-RI-Index = 6
                betaOffset-CQI-Index = 6
              uplinkPowerControlDedicated =
                p0-UE-PUSCH = 0
                deltaMCS-Enabled = en0
                accumulationEnabled = TRUE
                p0-UE-PUCCH = 0
                pSRS-Offset = 3
                filterCoefficient = fc4
              cqi-ReportConfig =
                cqi-ReportModeAperiodic = rm30
                nomPDSCH-RS-EPRE-Offset = 0
              antennaInfo = defaultValue = NULL
              schedulingRequestConfig = setup =
                sr-PUCCH-ResourceIndex = 20
                sr-ConfigIndex = 30
                dsr-TransMax = n4
```

42

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | ```
UL-DCCH-Message
rrcConnectionReconfigurationComplete
    UL-DCCH-Message =
        message = c1 = rrcConnectionReconfigurationComplete =
            rrc-TransactionIdentifier = 0
            criticalExtensions = rrcConnectionReconfigurationComplete-r8 =
        1000
```<br><br>Figure [14.a.1] Three different RRC messages to establish and setup UE connection to the wireless LTE network.<br><br>The Accused Handover Products/Services use wireless networks that perform this step or enable wireless networks to perform this step. |
| [14.c] predicting one or more geographical future states of the mobile node, based upon Global Positioning System (GPS) data obtained from a GPS unit communicatively linked to the mobile node; | See [7.e].<br><br>The Accused Handover Products/Services use wireless networks that perform this step or enable wireless networks to perform this step. |
| [14.d] identifying at least one foreign agent for each of said geographical future states; | By preparing and executing handover into a future geographical state while maintaining the UE application sessions, a Foreign Agent (FA/MAG) must be established correctly in the future geographical state and dedicated to the UE. As discussed in [7.d] the ghost mobile node, within the target eNB, the S-GW and the P-GW, establish the FA/MAG by signaling the new S-GW the need to re-establish connection to the P-GW. If the S-GW in the geographical future state is different from the S-GW in the current state, a new FA in this geographical future state needs to be established and connected to the P-GW or hosted by the P-GW. In this case, the care-of-address of the FA/MAG is configured to point to the target eNB, and the Home Agent of |

43

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | the UE is notified about the newly established FA/MAG. If the S-GW is not changed by the handover, the same existing FA/MAG is in place and already established. In both cases, identifying at least one foreign agent for each of said geographical future state is satisfied. Details of establishing a FA/MAG can be found in [7.d] and also in IPv6 in 3rd Generation Partnership Project (3GPP) - Evolved Packet System (EPS) and the Proxy Mobile IP v6 protocol specifications.<br><br>The Accused Handover Products/Services use wireless networks that perform this step or enable wireless networks to perform this step. |
| [14.e] creating at least one ghost foreign agent for each of said foreign agents, wherein said ghost foreign agent can announce to said mobile node or said ghost mobile node associated with the mobile node, the presence of said ghost foreign agent; | As discussed in [7.d] the S-GW and the P-GW are two elements in the Proxy Mobile IP v6 protocol. See Figure [14.e.1]. As the mobile node (UE) registers with the new MAG at the S-GW, the registration is forwarded to the home agent HA/LMA at the P-GW to re-establish connectivity by assigning a network prefix to the mobile node and adding a binding linking the assigned network prefix to the mobile node identity. The S-GW/P-GW pair and their MAG-LMA (FA-HA) tunnel are a ghost foreign agent that announces the presence of the FA in terms of the network prefix assigned to the mobile node and signaled through a router advertisement to the UE. Figures [14.e.1] and [14.e.2] provides a graphical depiction of the above-mentioned details. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| |  Figure [14.e.1] LMA (P-GW) and MAG (S-GW) signaling the Mobile Node with the new network prefix for the Mobile Node. |

45

**U.S. Patent No. 7,697,508 ("508 Patent")**

| '508 Patent Claim | Accused Handover Products/Services |
|---|---|
| | **6. MN domain join sequence (2/2)**<br><u>1. Attaching:</u><br>MN1 attaches to the MAG through a point-to-point link and establishes the link layer.<br>Any access technology is possible provided that it emulates a point-to-point behavior (e.g. PPP, PPPoE).<br><br><u>2. Identification:</u><br>MAG1 authenticates MN1 based on its link layer address (e.g. MAC address) and ascertains what MN1 is permitted to do (authorization). The authorization step may use existing services like LDAP or RADIUS.<br><br><u>3. Router solicitation:</u><br>MN1 sends a router solicitation to obtain an IPv6 prefix. MAG1 will not send a router advertisement until it obtained a prefix for MN1 from the LMA (step 6, PBA).<br><br><u>4. Proxy binding update (PBU):</u><br>MAG1 sends a proxy binding update to the LMA. This PBU associates the MAG1 address with the identity of the MN.<br><br><u>5. Allocate prefix, update BC:</u><br>The LMA allocates a prefix for MN1 (Home Network Prefix). The LMA creates an entry in its BC. The entry contains the MN1 ID (MN-ID-1), the address MAG1 of the proxy MAG (proxy-CoA) as well as the prefix assigned to MN1.<br><br><u>6. Proxy binding ack (PBA):</u><br>The LMA sends a PBA back to MAG1. The PBA contains the information of the BPC entry created in step 5.<br><br><u>7. Tunnel setup:</u><br>The LMA and MAG1 establish a bidirectional IPv6-in-IPv6 tunnel that is used for tunneling packets to and from MN1. The LMA sets a route through the tunnel for traffic that is addressed to the MN.<br><br><u>8. Router advertisement:</u><br>MAG1 sends a router advertisement with the assigned prefix to MN1. MN1 will assign the prefix through stateless autoconfiguration. Stateful autoconfiguration would be possible as well (outside of scope of PMIPv6). MN1 creates a routing table entry for the prefix.<br><br>Figure [14.e.2] Signaling the MN with an assigned network prefix after the MN attaches to a new MAG.<br><br>The Accused Handover Products/Services use wireless networks that perform this step or enable wireless networks to perform this step. |
| [14.f] while the mobile node remains in the geographical current state, registering said ghost mobile node or mobile node with the associated ghost | After entering the *RRC_CONNECTED* state, the mobile node while in the geographical current state registers through the eNB /gNBwith the Foreign Agent (the MAG at the S-GW) and its Home Agent (the LMA at the P-GW), getting an assigned network prefix for the mobile node, and setting the care-of-address of its FA (MAG) in the MU's Home Agent's Binding Cache Table. Each entry in the table binds the mobile node (via its MN-ID) to the MAG Care-of-Address, to the assigned MN Network Prefix. In doing so, the mobile node is registered with the associated ghost foreign agent presented in the S-GW, the P-GW and the MAG-LMA tunnel.<br><br>The Accused Handover Products/Services use wireless networks that perform this step or enable wireless networks to perform this step. |

**U.S. Patent No. 7,697,508 ("508 Patent")**

| **'508 Patent Claim** | **Accused Handover Products/Services** |
|---|---|
| foreign agent or foreign agent; and | |
| [14.g] linking the mobile node with a foreign agent associated with at least one of said ghost foreign agents when the mobile node enters a respective geographical future state associated with said foreign agent. | Once the UE hands over to a target eNB/gNB (enters a respective geographical future state associated with said foreign agent), and as a result of the registration discussed in [14.f], the mobile node becomes linked with the Foreign Agent (MAG). The Accused Handover Products/Services use wireless networks that perform this step or enable wireless networks to perform this step. |

47